UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**GORDON L. CARR**                                                                  **PLAINTIFF**

**V.**                          **CIVIL ACTION NO. 1:05CV554 LTS-JMW**

**DAVID L. DENNISON and NATIONWIDE**
**MUTUAL FIRE INSURANCE COMPANY**                          **DEFENDANTS**

### ORDER OF REMAND

In accordance with the Memorandum Opinion I have this day signed, it is

**ORDERED**

That the plaintiff's motion to remand [5] is hereby **GRANTED**;

That the defendant's motion for leave to file a sur-reply [16] is hereby **DENIED**,

That this case is hereby **REMANDED** to the Circuit Court of Harrison County, Mississippi; and

That the Clerk of Court shall take all steps necessary to return this case to the court from which it was removed.

**SO ORDERED** this 1st day of May, 2006

s/ L. T. Senter, Jr.

L. T. Senter, Jr.
Senior Judge