**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**GORDON L. CARR**                                                                                           **PLAINTIFF**

**V.**                                                            **CIVIL ACTION NO.1:05CV554 LTS-RHW**

**DAVID L. DENISON and
NATIONWIDE MUTUAL FIRE INSURANCE COMPANY**                   **DEFENDANTS**

### ORDER DENYING DEFENDANTS' MOTION FOR RECONSIDERATION

In accordance with the Memorandum Opinion I have this day signed, it is hereby

**ORDERED**

That the motion [26] of Defendants David L. Denison and Nationwide Mutual Fire Insurance Company for reconsideration of the order entered on May 1, 2006, granting Plaintiff Gordon L. Carr's motion to remand, is **DENIED.**

**SO ORDERED** this 14th day of November, 2006.

s/ L. T. Senter, Jr.
L. T. Senter, Jr.
Senior Judge