UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**GORDON L. CARR**                                                       **PLAINTIFF**

**V.**                         **CIVIL ACTION NO.1:05CV554 LTS-RHW**

**DAVID L. DENISON and**
**NATIONWIDE MUTUAL FIRE INSURANCE COMPANY**      **DEFENDANTS**

### ORDER

Upon due consideration of Defendant Nationwide Mutual Fire Insurance Company's motion [29] for leave to appeal the order of remand in this case, I find that the motion is not well taken, and it shall be denied.

Accordingly, it is

**ORDERED**

That the motion [29] of Nationwide Mutual Fire Insurance Company for leave to appeal the order of remand in this case is hereby DENIED.

**SO ORDERED** this 6th day of February, 2007.

s/ L. T. Senter, Jr.

L. T. Senter, Jr.
Senior Judge